**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **IN RE:** | **Case No. 17-12464** |
| **DEBORAH A. WILLIAMS** | **Chapter 13** |
| **Debtor** | **Judge Jeffery P. Hopkins** |

**IN RE:**

**DEBORAH A. WILLIAMS**
**248 Baxter Ave**
**Cincinnati, Ohio 45220**                    **Adv. Pro No. 17-ap _____**

**Plaintiff**

**Vs**

**City of Cincinnati**
**c/o City Solicitor**
**801 Plum Street, 214 City Hall**
**Cincinnati, Ohio 45202**

**Lot King Development Co. dba Affordable**
**5966 Stewart Road**
**Cincinnati, Ohio 45227**

**M&T Bank**
**PO Box 840**
**Buffalo, NY 14240**

**Park National Bank**
**720 East Pete Rose Way #100**
**Cincinnati, Ohio 45202**

**Santander**
**PO Box 560284**
**Dallas, TX 75356**

**Seterus**
PO Box 1077
Hartford, CT 06143

**State of Ohio**
**Department of Taxation**
PO Box 530
Columbus, Ohio 43266

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Ohio Dept of Taxation**
30 E. Broad Street, 21st Floor
Columbus, Ohio 43215

**Advantage Funding Commercial Capital**
1111 Marcus Ave
Lake Success, NY 11042

**Cincinnati Water Works**
**Bankruptcy Desk**
4747 Spring Grove Ave
Cincinnati, Ohio 45232

**Duke Energy**
139 E. 4th Street
Atrium II, 25th Floor
PO Box 960
Attn: Tanya Schweitzer, Legal Dept
Cincinnati, Ohio 45202

**GM Financial**
6400 Main Street #201
Buffalo, NY 14221

**Good Samaritan Hospital**
**Patient Accounts**
619 Oak Street
Cincinnati, Ohio 45206

**Qualified Emergency Specialists**
1472 Solutions Center
Chicago, IL 60677-1044

**TriHealth Physicians**
**PO Box 636556**
**Cincinnati, Ohio 45263**

**Defendants**

**Also Serve:**

**Office of the District Counsel**
**312 Elm Street #2350**
**Cincinnati, Ohio 45202**

**US Attorney**
**221 E. Fourth Street #400**
**Cincinnati, Ohio 45202**

**Ohio Attorney General**
**30 E Broad Street**
**14th Floor**
**Columbus, Ohio 43215**

**Scott Gilbert**
**8135 Cabinet Circle**
**Cincinnati, Ohio 45244**

**Douglas Haessing**
**Reimer Arnovitz Chernek & Jeffrey Co**
**PO Box 39696**
**Solon, Ohio 44139**

**Susan Argo**
**312 Walnut Street #1800**
**Cincinnati, Ohio 45202**

**John Jansing**
**Altick & Corwin**
**One South Main Street #1590**
**Dayton, Ohio 45402**

**Manley Deas & Kochalski LLC**
**PO Box 16508**
**Columbus, Ohio 43216**

**COMPLAINT FOR EQUITABLE RELIEF TO REINSTATE THE AUTOMATIC STAY UNDER 11 USC 362**

Comes now Plaintiff and debtor, Deborah A. Williams, by and through counsel, and for her Complaint for Equitable Relief to Reinstate the Automatic Stay in her pending Chapter 13 case states as follows:

1. This Court has jurisdiction pursuant to 11 USC 105 (a) and FRBP 7001 (7).

2. The debtor filed this Chapter 13 case on July 5, 2017 with prior counsel.

3. The debtor had previously filed a Chapter 13 pro se on April 7, 2017, Case #17-11261, which was dismissed on May 3, 2017.

4. When the current case was filed, prior counsel failed to move to extend the stay pursuant to 11 USC 362 (c)(3)(B).

5. The stay under 11 USC 362 (c)(3)(A) expired on August 4th, 2017, which is the 30th day after this case was filed.

6. Had the Motion to Extend the Stay been timely filed, the Debtor would have been able to show that the current filing was in good faith, since there has been a substantial change in the financial and personal affairs of the debtor since the prior dismissal. The debtor originally was under the misapprehension that she could proceed in a complicated business Chapter 13 case without counsel. The problems were compounded in the second case where counsel failed to file a request to extend the stay or to file the appropriate documents to present a confirmable plan.

7. The debtor has now retained other counsel, filed new schedules, a new plan and is working with the Trustee and the objecting parties to address their concerns. The amended Chapter 13 plan has a good chance to rehabilitate the debtor.

8. Further, the debtor has sufficient income to pay her creditors and service the mortgages on her real estate.

9. Debtor submits that all of her efforts to reorganize her debt under Chapter 13 have been in good faith. The failures have been due to her own mistaken

>reliance on her ability to navigate a Chapter 13 pro se, and then upon mistaken reliance on Counsel who failed to represent her interests.

WHEREFORE, Debtor Deborah A. Williams requests that this Court reinstate the Automatic Stay pursuant to 11 USC 362 (a) as to the person and property and for such other relief as may be just and proper.

>Respectfully submitted,
>
>*/s/ Eric W. Goering*
>Eric W. Goering, #0061146
>GOERING & GOERING, LLC
>Attorney for Plaintiff/Debtor
>220 West Third Street
>Cincinnati, Ohio 45202
>(513) 621-0912