**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: April 19, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **DEBORAH A. WILLIAMS** | **CASE 17-12464** |
| **DEBTOR** | **CHAPTER 13** |
| | **Judge Jeffery P. Hopkins** |

_____

**IN RE:**
**DEBORAH A. WILLIAMS**
**248 Baxter Ave**
**Cincinnati, Ohio 45220**

**ADVERSARY #18-01001**

**PLAINTIFF**

**VS**

**City of Cincinnati**
**c/o City Solicitor**
**801 Plum Street, 214 City Hall**
**Cincinnati, Ohio 45202**

**Lot King Development Co. dba Affordable**
**5966 Stewart Road**
**Cincinnati, Ohio 45227**

M&T Bank
PO Box 840
Buffalo, NY 14240

Seterus
PO Box 1077
Hartford, CT 06143

State of Ohio
Department of Taxation
PO Box 530
Columbus, Ohio 43266

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Ohio Dept of Taxation
30 E. Broad Street, 21st Floor
Columbus, Ohio 43215

Advantage Funding Commercial Capital
1111 Marcus Ave
Lake Success, NY 11042

Cincinnati Water Works
Bankruptcy Desk
4747 Spring Grove Ave
Cincinnati, Ohio 45232

Duke Energy
139 E. 4th Street
Atrium II, 25th Floor
PO Box 960
Attn: Tanya Schweitzer, Legal Dept
Cincinnati, Ohio 45202

GM Financial
6400 Main Street #201
Buffalo, NY 14221

Good Samaritan Hospital
Patient Accounts
619 Oak Street
Cincinnati, Ohio 45206

**Qualified Emergency Specialists**
**1472 Solutions Center**
**Chicago, IL 60677-1044**

**TriHealth Physicians**
**PO Box 636556**
**Cincinnati, Ohio 45263**

**Defendants**

**Also Serve:**

**Office of the District Counsel**
**312 Elm Street #2350**
**Cincinnati, Ohio 45202**

**US Attorney**
**221 E. Fourth Street #400**
**Cincinnati, Ohio 45202**

**Ohio Attorney General**
**30 E Broad Street**
**14th Floor**
**Columbus, Ohio 43215**

**Scott Gilbert**
**8135 Cabinet Circle**
**Cincinnati, Ohio 45244**

**Douglas Haessing**
**Reimer Arnovitz Chernek & Jeffrey Co**
**PO Box 39696**
**Solon, Ohio 44139**

**Manley Deas & Kochalski LLC**
**PO Box 16508**
**Columbus, Ohio 43216**

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
_____

      This matter is before the Court upon Plaintiff's Motion for Default Judgment in the within Adversary. (Document #36) A Complaint for Equitable Relief to Reinstate the Automatic Stay Under 11 USC 362 was filed on January 5, 2018.

Notice given to all parties and no response filed, the Court hereby GRANTS the motion for Default Judgment.

IT IS SO ORDERED

/s/ Eric W. Goering
Eric W. Goering

Copies to:

Default list and additional parties

City of Cincinnati
c/o City Solicitor
801 Plum Street, 214 City Hall
Cincinnati, Ohio 45202

Lot King Development Co. dba Affordable
5966 Stewart Road
Cincinnati, Ohio 45227

M&T Bank
PO Box 840
Buffalo, NY 14240

Park National Bank
720 East Pete Rose Way #100
Cincinnati, Ohio 45202

Santander
PO Box 560284
Dallas, TX 75356

Seterus
PO Box 1077
Hartford, CT 06143

State of Ohio
Department of Taxation
PO Box 530
Columbus, Ohio 43266

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ohio Dept of Taxation
30 E. Broad Street, 21st Floor
Columbus, Ohio 43215

Advantage Funding Commercial Capital
1111 Marcus Ave
Lake Success, NY 11042

Cincinnati Water Works
Bankruptcy Desk
4747 Spring Grove Ave
Cincinnati, Ohio 45232

Duke Energy
139 E. 4th Street
Atrium II, 25th Floor
PO Box 960
Attn: Tanya Schweitzer, Legal Dept
Cincinnati, Ohio 45202

GM Financial
6400 Main Street #201
Buffalo, NY 14221

Good Samaritan Hospital
Patient Accounts
619 Oak Street
Cincinnati, Ohio 45206

Qualified Emergency Specialists
1472 Solutions Center
Chicago, IL 60677-1044

TriHealth Physicians
PO Box 636556
Cincinnati, Ohio 45263

Office of the District Counsel
312 Elm Street #2350
Cincinnati, Ohio 45202

US Attorney
221 E. Fourth Street #400
Cincinnati, Ohio 45202

Ohio Attorney General
30 E Broad Street
14th Floor
Columbus, Ohio 43215

Scott Gilbert
8135 Cabinet Circle
Cincinnati, Ohio 45244

Douglas Haessing
Reimer Arnovitz Chernek & Jeffrey Co
PO Box 39696
Solon, Ohio 44139

Susan Argo
312 Walnut Street #1800
Cincinnati, Ohio 45202

John Jansing
Altick & Corwin
One South Main Street #1590
Dayton, Ohio 45402

Manley Deas & Kochalski LLC
PO Box 16508
Columbus, Ohio 43216

###